FILED 12 MAR '13 16:03 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

**UNDER SEAL**

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Case No. 3:13-cr-00111-BR |
| v. | **INDICTMENT** |
| **RICHARD TIETJENS,**<br>  a/k/a "mystery_daddy@yahoo.com," | **18 U.S.C. §§ 2252A(a)(1), (a)(5)(B),<br>(b)(1), (b)(2), and 2253** |
| Defendant. | **UNDER SEAL** |

### THE GRAND JURY CHARGES:

### COUNT 1

#### (Transportation of Child Pornography)

From on or about July 18, 2011, through on or about August 5, 2011, in the District of

Oregon, defendant **RICHARD TIETJENS**, also known as "mystery_daddy@yahoo.com,"

knowingly and unlawfully transported or shipped child pornography, as defined in Title 18,

United States Code, Section 2256(8), to the e-mail account "k_waters55@yahoo.com," using any

means or facility of interstate or foreign commerce, or in or affecting interstate or foreign

commerce by any means, including by computer, all in violation of Title 18, United States Code,

Sections 2252A(a)(1) and (b)(1).

### COUNT 2

#### (Transportation of Child Pornography)

From on or about July 23, 2011, through on or about August 3, 2011, in the District of

Oregon, defendant **RICHARD TIETJENS**, also known as "mystery_daddy@yahoo.com,"

knowingly and unlawfully transported or shipped child pornography, as defined in Title 18,

United States Code, Section 2256(8), to the e-mail account "lococigar69@yahoo.com," using

any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign

commerce by any means, including by computer, all in violation of Title 18, United States Code,

Sections 2252A(a)(1) and (b)(1).

## COUNT 3

### (Transportation of Child Pornography)

From on or about July 23, 2011, through on or about August 3, 2011, in the District of

Oregon, defendant **RICHARD TIETJENS**, also known as "mystery_daddy@yahoo.com,"

knowingly and unlawfully transported or shipped child pornography, as defined in Title 18,

United States Code, Section 2256(8), to the e-mail account "pop4tot69@yahoo.com," using any

means or facility of interstate or foreign commerce, or in or affecting interstate or foreign

commerce by any means, including by computer, all in violation of Title 18, United States Code,

Sections 2252A(a)(1) and (b)(1).

## COUNT 4

### (Transportation of Child Pornography)

From on or about July 28, 2011, through on or about August 5, 2011, in the District of

Oregon, defendant **RICHARD TIETJENS**, also known as "mystery_daddy@yahoo.com,"

knowingly and unlawfully transported or shipped child pornography, as defined in Title 18,

United States Code, Section 2256(8), to the e-mail account "momknowsbest69@yahoo.com,"

using any means or facility of interstate or foreign commerce, or in or affecting interstate or

foreign commerce by any means, including by computer, all in violation of Title 18, United

States Code, Sections 2252A(a)(1) and (b)(1).

Indictment                                                                                   Page 2

## COUNT 5

### (Possession of Child Pornography)

On or about December 12, 2011, in the District of Oregon, defendant **RICHARD TIETJENS** knowingly and unlawfully possessed images of child pornography, as defined in Title 18, United States Code, Section 2256(8), which contained visual depictions of minors engaged in sexually explicit conduct, such images having been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or having been produced using materials that were shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

### Forfeiture Allegation

Upon conviction of an offense listed above, defendant **RICHARD TIETJENS** shall forfeit to the United States pursuant to Title 18, United States Code, Section 2253, any and all matter which contains visual depictions transported, shipped, or possessed in violation thereof, and any and all property used or intended to be used in any manner or part to commit or to promote the commission of the aforementioned violations, including without limitation the following:

a. A black generic tower-type server, including eight hard drives:

- Seagate hard drive, Model ST31500341AS, serial number 9VS1L05B;

- Samsung hard drive, Model HD154UI, serial number S2CHJR0ZA00059;

- Seagate hard drive, Model ST380011A, serial number 4JS2DWQV;

- Western Digital hard drive, Model WD8000AARS, serial number WCAV5F421627;

Indictment                                                                                      Page 3

- Western Digital hard drive, Model WD5000ADS, serial number WMAV511022315;

- Western Digital hard drive, Model WDG400AAKS, serial number WMASY1840235;

- Samsung hard drive, Model HD154VI, serial number S24EJR0Z400429; and

- Western Digital hard drive, Model WD8000AARS, serial number WCAV5F460380;

    b.    A blue and grey Dell tower-type server, Model WHL, serial number 8L7KZ51,

including six hard drives:

- Western Digital hard drive, Model WD8000AARS, serial number WCAV57587760;

- Western Digital hard drive, Model WD3000GLES, serial number WXL408740311;

- Western Digital hard drive, Model WD800JD, serial number WMAM9T237888;

- Western Digital hard drive, Model WD800JD, serial number WMAM9R922819;

- Maxtor hard drive, Model Maxline II, serial number A82YVLNE; and

- Maxtor hard drive, Model DiamondMax 16, serial number A817HORE; and

    c.    A black generic tower-type computer, including four hard drives:

- Western Digital 640 GB hard drive, Model WD6400AAKS, serial number WMASY1843228;

- Seagate 250 GB hard drive, Model ST3250824AS, serial number 5ND5M0CX;

- Seagate 250 GB hard drive, Model ST3250824AS, serial number 5ND5KQRQ; and

/ / /

/ / /

/ / /

- Western Digital 250 GB hard drive, Model WD2500YS, serial number

  WCANY2830484.

DATED this **12** day of March 2013.

A TRUE BILL

OFFICIATING FOREPERSON

Presented by:

S. AMANDA MARSHALL
United States Attorney

JANE SHOEMAKER
Assistant United States Attorney

Indictment                                                                                                                                    Page 5