IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 3:13-cr-00111-BR |
| **Plaintiff,** | |
| v. | **ORDER GRANTING MOTION TO REDUCE SENTENCE** |
| **RICHARD TIETJENS,** | |
| **Defendant.** | |

BROWN, Senior District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) . Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Tietjens and he has agreed to self-quarantine for 14 days upon arrival. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

  IT IS HEREBY ORDERED that Defendant shall be released on Tuesday, May 26, 2020, for travel to his approved release residence in Oregon. Upon his arrival in Oregon, the defendant

shall be required to adhere to a 14-day quarantine period at home or at another location approved by the United States Probation Office.

IT IS FURTHER ORDERED that an amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this 26th day of May, 2020.

/s/ Anna J. Brown

Hon. Anna J. Brown
United States Senior District Court Judge